**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| MICHAEL PERRY, | : No. 19 EAL 2015 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (MIDATLANTIC HOSE CENTER, | : |
| LLC), | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 23rd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.